# EXHIBIT B



The following apply to the entire page:



Styles:  OFF    ON

# Details

Summary    Details    Reference    Order    Structure    Contrast

☑ ❌ **4 Errors**
☑ 1 X Missing alternative text

☑ 2 X Missing form label

☑ 1 X Broken ARIA reference


☑ ⭕● **13 Contrast Errors**
13 X Very low contrast
     


☑ ⚠️ **5 Alerts**
☑ 1 X Skipped heading level

☑ 2 X Noscript element
 
☑ 2 X Underlined text
 

☑ ✅ **5 Features**
☑ 1 X Alternative text

☑ 1 X Null or empty alternative text

☑ 2 X Fieldset
 

powered by
**WebAIM**



🏠                                **Exit 3**

‹ **Back**

**AYRLOOM**

# "Up" 2:1 Orchard Sunrise Infused Gummies | 100mg

## $25.66

| 1 ⌄ |          ADD TO CART

*Cannabis tax will be added at checkout.



Hybrid        THC

# WAVE
web accessibility evaluation tool

powered by
**WebAIM**

The following apply to the entire page:

🌐  *en*

Styles:  OFF  ⬤ ON

## Summary

Summary    Details    Reference    Order    Structure    Contrast

❌ **13**
Errors

◯● **13**
Contrast Errors

⚠️ **5**
Alerts

✅ **10**
Features

⛏ **7**
Structural Elements

🟪 **46**
ARIA

[ ☰  View details › ]

‹ **Back**

Exit **3**

**AYRLOOM**

# Black Cherry 1:1 Singles

## $3.54

1  ⌄        ADD TO CART

*Cannabis tax will be a



Loading...

1 To 1    **THC:** 5 mg ⓘ

**CBD:** 5 mg ⓘ

**Exit 3**

with every sip. Ingredients Filtered water, cherry juice concentrate, cannabis extract, natural cherry flavor, ascorbic acid, carbonation. processing type: ethanol extraction & distillation Instructions Drink 1 can and wait at least 1 hour to feel effect before consuming more. Best served cold. Serving size: 1 can

---

## Effects ⌄

🕯️ **Calm**          ⚡ **Energetic**

🙂 **Happy**         ☕ **Relaxed**

---

## About the Brand ⌄



From the family that brought you Beak & Skiff & 1911 Established, ayrloom™                 fifth generation's commitment to quality,                      staining over 1,000 acres of land in u                          10+ years of

 WAVE

web accessibility evaluation tool

powered by
WebAIM

The following apply to the entire page:





Styles:  OFF  ⬤ ON

Exit 3

## Details

Summary    Details    Reference    Order    Structure    Contrast

 ☑ ❌ **10 Errors**

☑ 2 X Missing alternative text


☑ 2 X Missing form label


☑ 5 X Empty button


☑ 1 X Broken ARIA reference


☑ ◯● **12 Contrast Errors**

12 X Very low contrast



☑ ⚠️ **5 Alerts**

☑ 1 X Skipped heading level


☑ 2 X Noscript element


☑ 2 X Underlined text


☑ ✅ **13 Features**

☑ 1 X Alternative text


☑ 9 X Null or empty alternative text

< **Back**



**AYRLOOM**

## Lemonade 2:1 4pk

**$20.35**

1  ⌄        ADD TO CART

*Cannabis tax will be a...