# EXHIBIT C

This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | Key | |
|---|---|---|---|---|
| A | 🔴 | 🔴 | 🔴 | Pages with level A issues are unusable for some people |
| AA | 🟠 | 🟠 | 🟠 | Pages with level AA issues are very difficult to use |
| AAA | 🟠 | | 🟠 | Pages with level AAA issues can be difficult to use |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level A

8 issues on 7 pages

🔴 | `alt` text should not be an image file name. | WCAG 2.1 A F30<br>Section 508 (2017) A F30 | 6 pages

Change the `alt` text to describe the information or function represented by the image, and for purely decorative images use `alt=""` without any global ARIA attributes. Do not use `alt` text containing only spaces since that's voiced as an unlabeled image. | 1.1.1

`alt='home-banner-1.jpg'`
`alt='2LOGO_E31EUCC_FULL_LIGHT_HORIZONTAL.png'`
https://www.uticacannabisco.com/about-1 | Line 458 485

`alt='home-banner-1.jpg'`
`alt='2LOGO_E31EUCC_FULL_LIGHT_HORIZONTAL.png'`
https://www.uticacannabisco.com/budtenders | Line 540 567

`alt='home-banner-1.jpg'`
`alt='2LOGO_E31EUCC_FULL_LIGHT_HORIZONTAL.png'`
https://www.uticacannabisco.com/copy-of-assistant-gm | Line 540 567

`alt='home-banner-1.jpg'`
`alt='2LOGO_E31EUCC_FULL_LIGHT_HORIZONTAL.png'`
https://www.uticacannabisco.com/copy-of-cashier-receptionist | Line 536 563

`alt='home-banner-1.jpg'`
`alt='2LOGO_E31EUCC_FULL_LIGHT_HORIZONTAL.png'`
https://www.uticacannabisco.com/jobs | Line 599 626

`alt='home-banner-1.jpg'`
`alt='2LOGO_E31EUCC_FULL_LIGHT_HORIZONTAL.png'`
https://www.uticacannabisco.com/projects-7 | Line 523 550

🔴 | ARIA `role=button` element is empty and has no accessible name. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 1 pages

A name allows screen readers to voice what the control does.
To add a name do one of the following:

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | • Add text between the element start and end tags<br>• Add an `aria-label` attribute<br>• Add an `aria-labelledby` attribute<br>• Add an `img alt` attribute if the button contains an `img` element | | |
| | https://www.uticacannabisco.com/projects-7 | Line 1057 1072 1087 1102 1117 ... | |
| 🔴 | Clickable controls should be keyboard accessible. | WCAG 2.1 A F15<br>Section 508 (2017) A F15 | 1 pages |
| | Add `tabindex=0` to allow keyboard users to tab to the control. | 4.1.2 | |
| | https://www.uticacannabisco.com/about-1 | Line 711 | |
| 🔴 | Clickable controls should have an ARIA role. | WCAG 2.1 A F54<br>Section 508 (2017) A F54 | 1 pages |
| | Controls that respond to clicks should be given an ARIA role such as `role=button` or `role=link`. `div` `span` and `a` elements without an `href` attribute have no semantic role. | 2.1.1 | |
| | https://www.uticacannabisco.com/about-1 | Line 711 | |
| 🔴 | Elements with `role=img` must have an accessible name. | WCAG 2.1 A F65<br>Section 508 (2017) A F65 | 1 pages |
| | Add an `aria-label` or `aria-labelledby` attribute describing the image. Purely decorative images should use `role=presentation`. | 1.1.1 | |
| | https://www.uticacannabisco.com/ | Line 7865 | |
| 🔴 | Links must have an accessible name. | WCAG 2.1 A F89<br>Section 508 (2017) A F89 | 1 pages |
| | | 2.4.4 2.4.9 4.1.2 | |
| | A link name allows screen readers to voice what the links does. If there is no link content, or the link content is hidden by CSS, screen readers have nothing to read, so read out the URL instead. To add a name do one of the following:<br>• Add text between the `a` element start and end tags<br>• Add an `aria-label` attribute<br>• Add an `aria-labelledby` attribute<br>• Add an `img alt` attribute labeling the link if it contains an `img` element | | |
| | https://www.uticacannabisco.com/ | Line 7752 7753 | |
| 🔴 | Several links on a page share the same link text and surrounding context, but go to different destinations. | WCAG 2.1 A F63<br>Section 508 (2017) A F63 | 1 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Make the link text unique for each target page (which helps all users) or add an `aria-label` or `aria-describedby` to the link (which helps screen reader users). | 2.4.4 2.4.9 | |
| | Link text: `Apply` `Apply` https://www.uticacannabisco.com/jobs | Line 857 1065 | |
| 🔴 | Use semantic markup like `strong` instead of using the CSS `font-weight` property. | WCAG 2.1 A F2 Section 508 (2017) A F2 | 2 pages |
| | Use the `strong` element instead of the `span` element for bold text. | 1.3.1 | |
| | https://www.uticacannabisco.com/budtenders | Line 727 737 741 747 755 ... | |
| | https://www.uticacannabisco.com/copy-of-cashier-receptionist | Line 847 | |

## Level AA

3 issues on 7 pages

| | | | |
|---|---|---|---|
| 🟡 | Ensure that text and background colors have enough contrast. | WCAG 2.1 AA 1.4.3 Section 508 (2017) AA 1.4.3 | 7 pages |
| 🟡 | If you set any of the colors on the `body` or `a` elements you must set all of them. | WCAG 2.1 AA F24 Section 508 (2017) AA F24 | 7 pages |
| 🟡 | The CSS outline or border style on this element makes it difficult or impossible to see the link focus outline. | WCAG 2.1 AA F78 Section 508 (2017) AA F78 | 7 pages |

## Level AAA

3 issues on 7 pages

| | | | |
|---|---|---|---|
| 🟠 | Avoid specifying a new window as the target of a link with `target=_blank`. | WCAG 2.1 AAA F22 | 7 pages |
| 🟠 | Each section of content should begin with a heading element (`h1`, `h2`, `h3`), but this page has no headings. | WCAG 2.1 AAA 2.4.10 | 1 pages |
| 🟠 | Several links on a page share the same link text, but go to different destinations. | WCAG 2.1 AAA 2.4.9 | 1 pages |