UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
PRIMITIVO ROBLES                             :        24 -CV- 7616   (DEH)
:
            Plaintiff,                       :
                                             :
        v.                                   :        ORDER OF REFERENCE
                                             :        TO A MAGISTRATE JUDGE
                                             :
EXIT 31 EXOTIC LLC D/B/A UTICA CANNABIS CO., :
            Defendant.                       :
                                             :
------------------------------------------------------------X

DALE E. HO, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

- [x] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [ ] Specific Non-Dispositive Motion/Dispute: _____
- [ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____
- [ ] Settlement
- [ ] Inquest After Default/Damages Hearing

- [ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____
- [ ] Habeas Corpus
- [ ] Social Security
- [x] Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____

SO ORDERED.

Dated: October 10, 2024
       New York, New York

_____
DALE E. HO
United States District Judge