UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Primitivo Robles,<br><br>                              Plaintiff,<br><br>            v.<br><br>Exit 31 Exotic LLC,<br><br>                              Defendant. | 24-CV-7616 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 8, 2024, Plaintiff filed the Complaint. ECF No. 1. On November 11, 2024, Plaintiff filed proof of service as to Defendant Exit 31 Exotic LLC. ECF No. 7. To date, Defendant has not appeared.

It is hereby ORDERED that Plaintiff shall file a letter on ECF **by March 27, 2025**, describing any communications he has had with Defendant and describing its efforts to provide Defendant with actual notice of this lawsuit.

SO ORDERED.

Dated: March 20, 2025
       New York, New York

                                                    _____
                                                                DALE E. HO
                                                    United States District Judge