UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiff, PRIMITIVO ROBLES, on behalf of himself and all others similarly situated, <br><br> v. <br><br> EXIT 31 EXOTIC LLC d/b/a UTICA CANNABIS CO., <br><br> Defendant. | Case No.: 1:24-cv-07616-DEH <br><br> **MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

    **PLEASE TAKE NOTICE** that Plaintiff Primitivo Robles, pursuant to Federal Rules of Civil Procedure 55(b) moves this Court for a default judgment and permanent injunction against Defendant, Exit 31 Exotic LLC, d/b/a Utica Cannabis Co. The grounds for this motion are set forth in the accompanying Affirmation in Support and Memorandum of Law.

    Respectfully submitted,

**Joseph & Norinsberg, LLC**

_____
Arjeta Albani, Esq.
Joseph & Norinsberg, LLC
*Attorney for Plaintiff*
110 East 59th Street, Suite 2300
New York, NY 10022
(212) 227-5700
arjeta@norinsberglaw.com

Dated: March 24, 2025

New York, New York